# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**LESTER BROWN**
**ADC #137598**                                              **PLAINTIFF**

v.                  No. 1:16-cv-168-DPM-JTK

**CODY M. McCORMICK, Sergeant, Grimes
Unit, ADC; JAMES HILL, Sergeant, Grimes
Unit, ADC; PAULA COWELL, Grievance Unit
Appeal Officer, Grimes Unit, ADC; and
P. AMPLO, Sergeant, Grimes Unit, ADC**          **DEFENDANTS**

## ORDER

Unopposed recommendation, № 5, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Brown's false-disciplinary claim and his claims against Cowell and Amplo are dismissed without prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 January 2017