IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LESTER BROWN
ADC #137598                                                          PLAINTIFF

v.                          No. 1:16-cv-168-DPM-JTK

CODY M. McCORMICK, Sergeant, Grimes
Unit, ADC; and JAMES HILL,
Sergeant, Grimes Unit, ADC                                          DEFENDANTS

## ORDER

**1.** Unopposed partial recommendation, № 45, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Defendants' motion and amended motion to dismiss, № 19 & 27, construed as a motion for summary judgment, are denied.

2. On *de novo* review, the Court adopts the partial recommendation, № 59, and overrules Brown's objections, № 60 & 66. FED. R. CIV. P. 72(b)(3). Brown's motion for summary judgment, № 51, is denied.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

2 June 2017