IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LESTER BROWN
ADC #137598                                                          PLAINTIFF

v.                      No. 1:16-cv-168-DPM-JTK

CODY M. McCORMICK, Sergeant, Grimes
Unit, ADC; and JAMES HILL, Sergeant,
Grimes Unit, ADC                                                     DEFENDANTS

### ORDER

Unopposed partial recommendation, № 84, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Brown's amended motion for summary judgment, № 78, is denied.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

14 August 2017