# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

LESTER BROWN
ADC #137598                                                          PLAINTIFF

v.                      No. 1:16-cv-168-DPM-JTK

CODY M. McCORMICK, Sergeant,
Grimes Unit, ADC; and JAMES HILL,
Sergeant, Grimes Unit, ADC                                           DEFENDANTS

## ORDER

Unopposed recommendation, № 142, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Brown has presented good cause for an extension. The Defendants' motion to dismiss, № 134, is therefore denied.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

3 August 2018