IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LESTER BROWN
ADC #137598                                                              PLAINTIFF

v.                          No. 1:16-cv-168-DPM

CODY M. McCORMICK, Sergeant,
Grimes Unit, ADC; JAMES HILL,
Sergeant, Grimes Unit, ADC;
PAULA COWELL, Grievance Unit
Appeal Officer, Grimes Unit, ADC;
and P. AMPLO, Sergeant, Grimes Unit, ADC           DEFENDANTS

## JUDGMENT

1. The Court withdraws the reference.

2. Brown's claims against Cowell and Amplo are dismissed without prejudice.

3. All other claims are dismissed with prejudice based on the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

8 October 2019